IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZAHNER HANSEN CONSTRUCTION GROUP, INC. | )<br>)<br>) NO. 3-14-1067 |
| v. | ) JUDGE CAMPBELL<br>) |
| HOTWIRE ELECTRIC, INC., et al. | ) |

ORDER

Pending before the Court are Defendant Darryl Carron's Motion to Dismiss (Docket No. 9) and Plaintiff's Motion to Remand (Docket No. 15). For the reasons stated in the accompanying Memorandum, Defendant Carron's Motion to Dismiss (Docket No. 9) is DENIED, and Plaintiff's Motion to Remand (Docket No. 15) is DENIED.

This case is referred back to the Magistrate Judge for further customized case management and to recommend a target trial date.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE